■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BLYNN B. BECK, Appellant. [595 NYS2d 347] —Judgment unanimously affirmed. Memorandum: We reject defendant's argument that he was denied effective assistance of counsel *(see, People v Rivera,* 71 NY2d 705, 708-709). We also reject his argument that the court erred in ordering the amount of restitution recommended in the probation report without conducting a hearing. Defendant concedes that the proof at trial established that the victim's unreimbursed loss was $6,100, and thus we conclude that a hearing was unnecessary *(see, People v King,* 158 AD2d 972, *lv denied* 76 NY2d 737; *People v Welsher,* 154 AD2d 915, 916, *lv denied* 74 NY2d 952; *cf., People v Guise,* 179 AD2d 1027, *lv denied* 79 NY2d 1001; *People v Vella,* 176 AD2d 768, *lv denied* 79 NY2d 833; *People v Clougher,* 95 AD2d 860). Defendant was ordered to pay restitu-

tion of $3,500 plus a $175 surcharge, an amount less than that established by the record (cf., *People v Ramirez*, 98 AD2d 985). (Appeal from Judgment of Cattaraugus County Court, Kelly, J.—Grand Larceny, 3rd Degree.) Present—Green, J. P., Pine, Lawton, Fallon and Davis, JJ.